Byrne J. Decker CA Bar No. 337052
byrne.decker@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Two Monument Square
Suite 703
Portland, ME 04101
Telephone: 207-387-2957
Facsimile: 207-387-2986

Jenny H. Wang CA Bar No. 191643
jenny.wang@ogletree.com
Nikka Maleki CA Bar No. 327838
nikka.maleki@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for Defendant
Hartford Life and Accident
Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KARBIS ABRAHAMIAN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AND AETNA LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:22-cv-02181-KS<br><br>**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**<br><br>Complaint Filed: April 1, 2022<br>Trial Date: None Set<br>District Judge: Hon. TBD<br>Magistrate Judge: Hon. TBD |

DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH
FINANCIAL INTEREST

Defendant Hartford Life and Accident Insurance Company ("Hartford") makes this corporate disclosure pursuant to Federal Rule of Civil Procedure 7.1(a): Hartford Life and Accident Insurance Company is not a publicly-owned entity. It is a wholly-owned subsidiary of Hartford Life, Inc., which is a wholly-owned subsidiary of Hartford Holdings, Inc. Hartford Holdings, Inc. is a wholly-owned subsidiary of The Hartford Financial Services Group, Inc. The Hartford Financial Services Group, Inc. is a publicly-owned entity.

Additionally, the undersigned counsel for Hartford certifies that other than the above and the named parties to this case, no other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: June 10, 2022                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: _/s/ Nikka Maleki_____
    Byrne J. Decker
    Jenny H. Wang
    Nikka Maleki
    Attorneys for Defendant
    Hartford Life and Accident
    Insurance Company

1

DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST

1
2

# PROOF OF SERVICE
*Karbis Abrahamian v. Hartford Life and Accident Insurance Company, et al.*
Case No. 2:22-cv-02181-KS

3
4
5

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

6

On June 10, 2022, I served the following document(s):

7
8

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**

9
10

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

11
12
13

☐   **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

14
15
16

☒   **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

17
18

☒   **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

19
20

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

21

Executed on June 10, 2022, at Costa Mesa, California.

22
23

_____
Nieka Caruthers-Dodson

24
25
26
27
28

2                                    Case No. 2:22-cv-02181-KS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SERVICE LIST**
*Karbis Abrahamian v. Hartford Life and Accident Insurance Company, et al.*
Case No. 2:22-cv-02181-KS

Bernard R. Schwam, Esq.                    Attorneys for Plaintiff
LAW OFFICES OF                             Karbis Abrahamian
BERNARD R. SCHWAM
16133 Ventura Blvd., Penthouse
Encino, CA  91436
Telephone:  818-986-3775
Facsimile:   818-788-3153
bschwam@sbcgloba.net

DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH
FINANCIAL INTEREST