**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARBIS ABRAHAMIAN,<br><br>    Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; AND AETNA LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. 2:22-cv-02181-JLS (PDx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE** |

1  Pursuant to the stipulation of the parties, the above-entitled action is hereby
2  DISMISSED in its entirety with prejudice. Each party shall bear their own attorneys'
3  fees and costs.

5  Dated: October 13, 2022

   _____
   HON. JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE